UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:24-CR-00209(1)-ADA |
| | § | |
| (1) KEVERY CHRISTOPHER KNOX | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause. On October 4, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) KEVERY CHRISTOPHER KNOX, which alleged that Knox violated a condition of his supervised release and recommended that Knox's supervised release be revoked (Clerk's Document No. 2). A warrant issued and Knox was arrested. On October 21, 2024, Knox appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Knox appeared before the magistrate judge on December 3, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on December 13, 2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Knox, the magistrate judge recommends that this court revoke Knoxsupervised release and that Knox be remanded to the custody of the U.S. Marshal for a sentence of TIME SERVED with a period of Twenty Four (24) months of supervised release to follow the term of imprisonment, with the special condition that the defendant be transferred to Stages of Recovery in Lubbock County for their one-year commitment program. Failure to comply will result in a 12C warrant with a recommendation of a sentence at the high end of the guidelines. Supervision should be transferred from the Waco Division to the Lubbock Division of the Northern District. (Clerk's Document No. 19).

    A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

    On December 3, 2024, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 15). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 19 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) KEVERY CHRISTOPHER KNOX 's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) KEVERY CHRISTOPHER KNOX be sentenced to TIME SERVED with a term of supervised release of Twenty Four (24) months to follow the term of imprisonment, with the special condition that the defendant be transferred to Stages of Recovery in Lubbock County for their one-year commitment program. Failure to comply will result in a 12C warrant with a recommendation of a sentence at the high end of the guidelines. Supervision should be transferred from the Waco Division to the Lubbock Division of the Northern District. All prior conditions of supervised release are reimposed.

Signed this 16th day of December, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE